IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NAZARETH SAMON SHAW,            §
                               §
        Plaintiff,             §
                               §
V.                             §          No. 3:13-cv-1764-K-BN
                               §
OFFICER J. MCMILLION, ET AL.,  §
                               §
        Defendants.            §

## ORDER

Defendants have filed separate motions for summary judgment claiming that no evidence exists to support claims of deliberate indifference or use of excessive force and raising the affirmative defense of qualified immunity. *See* Dkt. Nos. 23 & 25.

The Court previously indicated that it may authorize Plaintiff "to conduct limited discovery in order to respond to the qualified immunity issues raised in Defendants' summary judgment motions." Dkt. No. 22 at 2. To that end, Plaintiff may file a motion for leave to conduct discovery by **September 20, 2013**. The motion must include: (1) the specific interrogatories, if any, that Plaintiff wants to send to Defendants; (2) a list of the specific documents or specific categories of documents, if any, that Plaintiff wants to obtain from Defendants; and (3) an explanation of why this discovery is necessary to enable Plaintiff to respond to the specific issues raised in Defendants' motions for summary judgment. The requested discovery <u>must be narrowly tailored to uncover only those facts needed for the Court to rule on the qualified immunity claim</u> and will only be permitted if Defendants' immunity claims

turn at least partially on a factual question <u>and</u> the Court is unable to rule on the immunity defense without further clarification of the facts. *See Lion Boulos v. Wilson*, 834 F.2d 504, 507-08 (5th Cir. 1987). Defendants may file a response to Plaintiff's discovery motion, if one is filed, by **October 4, 2013**. No reply will be permitted. The Court will then review Plaintiff's request to determine whether any or all of the requested discovery should be allowed.

Alternatively, Plaintiff shall advise the Court by **September 20, 2013** that he does not need to conduct discovery in order to respond to Defendants' summary judgment motions.

Plaintiff is not required to file a response to Defendants' motions for summary judgment at this time. The Court will enter further orders after Plaintiff files his motion for leave to conduct limited discovery or advises that no discovery is necessary.

SO ORDERED.

DATED: August 30, 2013

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE