IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NAZARETH SAMON SHAW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-1764-K-BN |
| | § | |
| OFFICER J. MCMILLION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Plaintiff has filed a pleading in this 42 U.S.C. § 1983 proceeding in which he appears to seek the Court's assistance in gathering the summary judgment evidence necessary to complete his response to Defendants' motions for summary judgment. *See* Dkt. No. 32. But Plaintiff cites no authority for his request that the Court investigate his claims and compel a third party to submit evidence on his behalf.

If there is evidence or argument that Plaintiff wishes to submit to the Court, Plaintiff must obtain and submit that evidence himself in the manner called for by the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Texas. *See* FED. R. CIV. P. 56; N.D. TEX. L. CIV. R. 56.4, 56.5, & 56.6. If Plaintiff wants to file a more detailed response to Defendants' motions for summary judgment, that response is, based on the Court's September 25, 2013 Order, due on or before **October 16, 2013.** *See* Dkt. No. 29. In the interest of justice, the Court will *sua sponte* extend that deadline until **October 30, 2013** and extend Defendants' deadline to file a reply brief, but no additional evidence, to **November 13, 2013**.

To the extent that Plaintiff seeks any assistance in contacting representatives of the Dallas Police Department's Public Integrity Section to assist with Plaintiff's summary judgment response, that motion [Dkt. No. 32] is DENIED.

SO ORDERED.

DATED: October 11, 2013

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

-2-