IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NAZARETH SAMON SHAW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-1764-K |
| | § | |
| CHIEF BROWN, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error, Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

Defendant Esmaeil Porsa's motion for summary judgment [Dkt. No. 23] is GRANTED. Defendant Jonathan McMillion's motion for summary judgment [Dkt. No. 25] is DENIED.

SO ORDERED.

Signed February 11th, 2014.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE